# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** § | |
| *ex rel.* **J. DOUGLAS STRAUSER,** *et al.,* § | |
| § | |
| **Plaintiffs,** § | |
| § | Case No. 18-cv-00673-GKF-FHM |
| **v.** § | |
| § | |
| **STEPHEN L. LAFRANCE HOLDINGS,** § | |
| **INC.,** *et al.* § | |
| § | |
| **Defendants.** § | |

## FOURTH AMENDED SCHEDULING ORDER

Before the Court is the parties' Joint Motion to Extend Deadlines in Fourth Amended Scheduling Order [Doc. 273]. For good cause shown, the Court finds that the motion should be and is hereby granted.

IT IS THEREFORE ORDERED that the following deadlines are extended as follows:

| | |
|---|---|
| 8/14/2020 | FACT DISCOVERY CUTOFF |
| 9/14/2020 | PLAINTIFF'S EXPERT IDENTIFICATION & REPORTS Under Federal Rule of Civil Procedure 26(a)(2) (Not Filed of Record) |
| 10/26/2020 | DEFENDANT'S EXPERT IDENTIFICATION & REPORTS Under Federal Rule of Civil Procedure 26(a)(2) (Not Filed of Record) |
| 12/7/2020 | EXPERT DISCOVERY CUTOFF |
| 1/27/2021 | DISPOSITIVE MOTIONS AND DAUBERT MOTIONS |
| 1/27/2021 | MOTIONS IN LIMINE |
| 3/18/2021 | DEPOSITION/VIDEOTAPED/INTERROGATORY DESIGNATIONS (File pleading with deponent name, page and line designations) |
| 3/25/2021 | COUNTER-DESIGNATIONS (File pleading with deponent name, page and line designations) |
| 4/1/2021 | TRANSCRIPTS ANNOTATED WITH OBJECTIONS & BRIEFS ON UNUSUAL OBJECTIONS FILED (Attorney Meeting to resolve objections required before filing) |
| **4/16/2021** | **HEARING ON DISPOSITIVE MOTIONS at 9:30a.m.** |
| 4/19/2021 | PRETRIAL DISCLOSURE Under Federal Rule of Civil Procedure 26(a)(3) |

2

| | |
|---|---|
| 4/26/2021 | AGREED PROPOSED PRETRIAL ORDER – Including Final Witness & Exhibit Lists with Objections |
| **5/3/2021** | **PRETRIAL CONFERENCE at 9:30a.m.** |
| 5/10/2021 | REQUESTED JURY INSTRUCTIONS, REQUESTED VOIR DIRE & TRIAL BRIEFS |
| **5/17/2021** | **TRIAL DATE: JURY at 9:30a.m. Estimated time of Trial 2 weeks** |

IT IS SO ORDERED this 6th day of July, 2020.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE

2

**Error! Unknown document property name.**