IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* J. DOUGLAS STRAUSER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEPHEN L. LAFRANCE HOLDINGS, INC., *et al.*, <br><br> Defendants. | Case No. 18-cv-673-GKF-CDL |

## SIXTH AMENDED SCHEDULING ORDER

Before the court is defendants' Motion to Extend Deadline for the Production of Part D Data and All Remaining Deadlines in Fifth Amended Scheduling Order [Doc. 302] and Relator's Unopposed Motion, in the Alternative, to Extend the Deadline for Service of Expert Reports [Doc. 306]. For good cause shown, both motions are granted.

IT IS HEREBY ORDERED THAT the following deadlines are extended as follows:

| | **Previous Date** | **New Date** |
|---|---|---|
| Deadline for Receipt of CMS Data | 11/9/2020 | 12/11/2020 |
| PLAINTIFF'S EXPERT IDENTIFICATION & REPORTS Under Federal Rule of Civil Procedure 26(a)(2) (Not Filed of Record) | 12/14/2020 | 2/5/2021 |
| DEFENDANT'S EXPERT IDENTIFICATION & REPORTS Under Federal Rule of Civil Procedure 26(a)(2) (Not Filed of Record) | 1/20/2021 | 3/12/2021 |
| EXPERT DISCOVERY CUTOFF | 2/15/2021 | 4/9/2021 |
| DISPOSITIVE MOTIONS AND DAUBERT MOTIONS | 3/17/2021 | 5/10/2021 |
| MOTIONS IN LIMINE | 3/17/2021 | 5/10/2021 |
| DEPOSITION/VIDEOTAPED/INTERROGATORY DESIGNATIONS (File pleading with deponent name, page and line designations) | 4/29/2021 | 6/14/2021 |
| COUNTER-DESIGNATIONS (File pleading with deponent name, page and line designation) | 5/6/2021 | 6/21/2021 |
| TRANSCRIPTS ANNOTATED WITH OBJECTIONS & BRIEFS ON UNUSUAL | 5/13/2021 | 6/28/2021 |

| | | |
|---|---|---|
| OBJECTIONS FILED (Attorney Meeting to resolve objections required before filing) | | |
| **HEARING ON DISPOSITIVE MOTIONS** | **6/4/2021 at 9:30 a.m.** | **8/4/2021 at 1:30 p.m.** |
| PRETRIAL DISCLOSURE Under Federal Rule of Civil Procedure 26(a)(3) | 6/21/2021 | 8/23/2021 |
| AGREED PROPOSED PRETRIAL ORDER, Incl. Witness & Ex. Lists with Objections | 6/28/2021 | 8/30/2021 |
| REQUESTED JURY INSTRUCTIONS, REQUESTED VOIR DIRE & TRIAL BRIEFS | 7/12/2021 | 9/13/2021 |
| **PRETRIAL CONFERENCE at 9:30a.m.** | **7/6/2021** | **9/7/2021** |
| **TRIAL DATE: JURY at 9:30a.m. Estimated time of Trial 2 weeks** | **7/19/2021** | **9/20/2021** |

IT IS SO ORDERED this 18th day of November, 2020.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE