# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, *ex rel.* J. DOUGLAS STRAUSER, *et al.,* §§§§ | |
| **Plaintiffs,** §§ | **Case No. 18-cv-00673-GKF-CDL** |
| v. §§ | |
| STEPHEN L. LAFRANCE HOLDINGS, INC., *et al.* §§§ | |
| **Defendants.** § | |

## SEVENTH AMENDED SCHEDULING ORDER

Before the Court is the Joint Motion to Extend Deadlines in Sixth Amended Scheduling Order [Doc. 311].  For good cause, the Court finds that the motion should be granted.

IT IS HEREBY ORDERED THAT the following deadlines are extended as follows:

| | Previous Date | New Date |
|---|---|---|
| PLAINTIFF'S EXPERT IDENTIFICATION & REPORTS Under Federal Rule of Civil Procedure 26(a)(2) (Not Filed of Record) | 2/5/2021 | 4/5/2021 |
| DEFENDANTS' EXPERT IDENTIFICATION & REPORTS Under Federal Rule of Civil Procedure 26(a)(2) (Not Filed of Record) | 3/12/2021 | 5/12/2021 |
| EXPERT DISCOVERY CUTOFF | 4/9/2021 | 6/9/2021 |
| DISPOSITIVE MOTIONS AND DAUBERT MOTIONS | 5/10/2021 | 7/12/2021 |
| MOTIONS IN LIMINE | 5/10/2021 | 7/12/2021 |
| DEPOSITION/VIDEOTAPED/INTERROGATORY DESIGNATIONS (File pleading with deponent name, page and line designation) | 6/14/2021 | 8/16/2021 |
| COUNTER-DESIGNATIONS (File pleading with deponent name, page and line designation) | 6/21/2021 | 8/23/2021 |
| TRANSCRIPTS ANNOTATED WITH OBJECTIONS & BRIEFS ON UNUSUAL OBJECTIONS FILED (Attorney Meeting to resolve objections required before filing) | 6/28/2021 | 8/30/2021 |
| **HEARING ON DISPOSITIVE MOTIONS** | **8/4/2021 at 1:30 p.m.** | **10/4/2021 at 1:30 p.m.** |

| PRETRIAL DISCLOSURE Under Federal Rule of Civil Procedure 26(a)(3) | 8/23/2021 | 10/25/2021 |
|---|---|---|
| AGREED PROPOSED PRETRIAL ORDER – Incl. Witness & Ex. Lists with Objections | 8/30/2021 | 11/1/2021 |
| REQUESTED JURY INSTRUCTIONS, REQUESTED VOIR DIRE & TRIAL BRIEFS | 9/13/2021 | 11/15/2021 |
| **PRETRIAL CONFERENCE** | **9/7/2021** | **12/6/2021 at 9:30 a.m.** |
| **TRIAL DATE:  JURY  Estimated time of Trial 2 weeks** | **9/20/2021** | **12/20/2021 at 9:30 a.m.** |

**No further extensions shall be granted absent good cause.**

DATED this 28th day of January, 2021.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE