IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* J. DOUGLAS STRAUSER, *et al.*,<br><br>Plaintiff-Relator,<br><br>v.<br><br>STEPHEN L. LAFRANCE HOLDINGS,<br>INC., *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    No. 4:18-cv-00673-GKF-SH<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANTS' MOTION TO FILE UNDER SEAL**

In accordance with LCvR5.2-2 of the Local Rules of the United States District Court for the Northern District of Oklahoma and the Agreed Amended Protective Order (Dkt. 262) (Protective Order), Defendants Walgreen Co., Stephen L. LaFrance Holdings, Inc., and Stephen L. LaFrance Pharmacy, Inc., (collectively, Walgreens) and Defendants Arcadia Valley Drug Co., Daleco, Inc., Ellisville Drug Acquisition Co., Jarco Pharmacies, Inc., Stephen LaFrance, Jr., and Jason LaFrance (collectively, the AVDs) (together, Defendants) respectfully move the Court to enter an Order permitting Defendants to file under seal portions of the following exhibit to Defendants' Motion for Summary Judgment (MSJ):   Exhibit 1:  Expert Report of Don Dietz (including Appendix C to same) (Dietz Report).

In support of this request, Defendants submit that the Dietz Report cites language from a number of contracts between pharmacies affiliated with Defendants and Pharmacy Benefit Managers (PBMs).  Those contracts contain confidentiality provisions prohibiting the disclosure of the terms of the contracts, and Defendants designated them as "Confidential" pursuant to the Protective Order (Dkt. 262) when producing them in this case.  While Defendants obtained

1

permission from many PBMs to cite language from their contracts publicly in their filings, Defendants were not able to obtain permission from two PBMs—Humana and ReStat.  As a result, Defendants respectfully request that the Court allow Defendants to file under seal the limited instances in which language from these PBM contracts is cited.

Pursuant to Local Rule 5.2-2, Defendants are filing a redacted version of the Dietz Report on the public record as Exhibit 1 to their MSJ, and Defendants are filing an unredacted version under seal.

WHEREFORE, Defendants respectfully request this Court enter an Order permitting portions of Exhibit 1 to their Motion for Summary Judgment to be filed under seal.

DATED this the 12th day of July, 2021.

Respectfully submitted,

/s/ Matthew M. Curley
Matthew M. Curley (*admitted pro hac vice*)
John C. Eason (*admitted pro hac vice*)
Jeff H. Gibson (*admitted pro hac vice*)
Brian F. Irving (*admitted pro hac vice*)
BASS BERRY & SIMS PLC
150 Third Ave. South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
mcurley@bassberry.com
jeason@bassberry.com
jgibson@bassberry.com
birving@bassberry.com

Mary Quinn Cooper (OBA #11966)
Jessica John Bowman (OBA #30388)
MCAFEE & TAFT
Two W Second Street, Suite 1100
Tulsa, OK 74103
(918) 587-0000
maryquinn.cooper@mcafeetaft.com
jessica.johnbowman@mcafeetaft.com

*Attorneys for Defendants Arcadia Valley Drug Co., Daleco, Inc., Ellisville Drug Acquisition Co., Jarco Pharmacies, Inc., Stephen L. LaFrance, Jr., and Jason LaFrance*

/s/ *Frederick Robinson*
Frederick Robinson (*admitted pro hac vice*)
Selina Coleman (*admitted pro hac vice*)
Megan Fanale Engel (*admitted pro hac vice*)
Daniel Z. Herbst (*admitted pro hac vice*)
Andrew Lu (*admitted pro hac vice*)
REED SMITH LLP
1301 K Street, N.W., Suite 1000 - East Tower
Washington, D.C., 20005
202-414-9200; 202- 414-9299 (facsimile)
frobinson@reedsmith.com
scoleman@reedsmith.com
mengel@reedsmith.com
dherbst@reedsmith.com
andrew.lu@reedsmith.com

Steven Holden, OBA # 4289
HOLDEN LITIGATION, Holden, P.C.
15 East 5th Street, Suite 3900
Tulsa, OK 74103
918-295-8888; 918-295-8889 (facsimile)
SteveHolden@HoldenLitigation.com

*Attorneys for Stephen L. LaFrance Holdings, Inc., Stephen L. LaFrance Pharmacy, Inc., and Walgreen Co.*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 12, 2021, I electronically filed the foregoing document with

the Clerk of the Court using the ECF System, which was served on all counsel of record.

<u>*/s/ Matthew M. Curley*</u>
Matthew M. Curley