# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* J. Douglas Strauser, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>STEPHEN L. LAFRANCE HOLDINGS, INC. *et al.*, <br><br>Defendants. | ) ) ) ) ) ) ) Case No. 4:18-cv-00673-GKF-SH ) ) ) ) ) ) ) |

## **RELATOR'S MOTION TO FILE UNDER SEAL**

COMES NOW, the Plaintiff-Relator, J. Douglas Strauser, and pursuant to LCvR79.1 of the Local Rules of the United States District Court for the Northern District of Oklahoma and the Agreed Protective Order (Dkt. 157) respectfully moves the Court to enter an Order permitting Relator to file under seal certain documents addressed in Relator's Motion for Partial Summary Judgment ("MSJ") (Dkt. 337), filed today. Thirteen exhibits to the MSJ, Exhibits 30-39 and 68-70, contain information designated Confidential by Defendants or third-parties pursuant to the Agreed Protective Order. Because of the sensitive and confidential nature of these documents, Relator requests this Court enter an Order permitting these specific Exhibits to be filed under seal. These documents generally consist of contracts and manuals between various USA Drug pharmacies and pharmacy benefit managers that administer federal prescription drug benefit programs including Medicare Part D and TRICARE. Relator understands that the full terms of the agreements are not public and therefore requests this Court enter an Order permitting his MSJ to be filed partially under seal. No redactions to the MSJ itself are necessary.

1

WHEREFORE, premises considered, Relator respectfully requests this Court enter an Order permitting Exhibits 30-39 and 68-70 to be filed under seal.

Dated: July 12, 2021

Respectfully Submitted,

*/s/ Cory S. Buland*
William Christopher Carmody
Arun Subramanian
Cory S. Buland
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
cbuland@susmangodfrey.com

Jonathan Ross
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Tel.: (713) 651-9366
jross@susmangodfrey.com

Halley W. Josephs*
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: (310) 789-3100
hjosephs@susmangodfrey.com
*Admitted only in New York; not admitted in California. Practicing under the supervision of the partnership of Susman Godfrey L.L.P.*

Shelley R. Slade
VOGEL, SLADE & GOLDSTEIN, LLP
1300 Connecticut Ave., N.W., Suite 701
Washington, D.C. 20009
Tel.: 202-537-5903
sslade@vsg-law.com

Joel L. Wohlgemuth
OK State Bar No. 9811
Jo Lynn Jeter
OK State Bar No. 20252
NORMAN WOHLGEMUTH CHANDLER
JETER BARNETT & RAY
401 S Boston Ave, Suite 2900
Tulsa, OK 74103
Tel.: (918) 583-7571
jlw@nwcjlaw.com
jlj@nwcjlaw.com

Michael Burrage
WHITTEN BURRAGE
512 North Broadway, Avenue, Suite 300
Oklahoma City, OK 73102
Tel: 405-516-7800
mburrage@whittenburragelaw.com

*Attorneys for Relator J. Douglas Strauser*

## CERTIFICATE OF SERVICE

This certifies that all counsel of record were served via the Electronic Case Filing (ECF) system on July 12, 2021.

*/s/ Cory S. Buland*
Cory S. Buland
