# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* J. Douglas Strauser, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> STEPHEN L. LAFRANCE HOLDINGS, INC. *et al.*, <br><br>    Defendants. | ) ) ) ) ) ) ) Case No. 4:18-cv-00673-GKF-SH ) ) ) ) ) ) ) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MAX ISAAC STRAUS

Jo Lynn Jeter, of the law firm of Norman Wohlgemuth, LLP, pursuant to LGnR4-3(b), moves for admission *pro hac vice* of Max Isaac Straus, State of New York bar registration number 5633623. In support hereof, counsel states as follows:

1. The undersigned counsel of record is a resident of Oklahoma, maintains a law office within the State of Oklahoma and has been duly and regularly admitted to practice in this Court.

2. Counsel certifies that Max Isaac Straus is in good standing with the State of New York Bar Association where he resides.

3. A Request for Admission *Pro Hac Vice*, pursuant to LGnR4-2(g) is submitted herewith.

Dated: September 21, 2021 Respectfully Submitted,

/s/Jo Lynn Jeter
**Jo Lynn Jeter**, OBA #20252
**Joel L. Wohlgemuth**, OBA #9811
**NORMAN WOHLGEMUTH, LLP**
401 S Boston Ave, Suite 3200
Tulsa, OK 74103
Tel.: (918) 583-7571
Fax: (918) 584-7846
JJeter@nwlawok.com
JWohlgemuth@nwlawok.com

William Christopher Carmody
Arun Subramanian
Cory S. Buland
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32 New York,
New York 10019
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
asubramanian@susmangodfrey.com
cbuland@susmangodfrey.com

Jonathan J. Ross
TX Bar No.: 007791575
SUSMAN GODFREY L.L.P.
1000 Louisiana St. Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
Email: jross@susmangodfrey.com

Halley W. Josephs
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400 Los
Angeles, CA 90067
Tel.: (310) 789-3100
hjosephs@susmangodfrey.com

Shelley R. Slade
Janet L. Goldstein
VOGEL, SLADE & GOLDSTEIN, LLP 1300
Connecticut Ave., N.W., Suite 701
Washington, D.C. 20009
Tel.: 202-537-5903 sslade@vsg-law.com
jgoldstein@vsg-law.com

Michael Burrage
WHITTEN BURRAGE
512 North Broadway, Avenue, Suite 300
Oklahoma City, OK 73102
Tel: 405-516-7800
Fax: 405-516-7859
E-mail: mburrage@whittenburragelaw.com

***Attorneys for Plaintiff/Relator, J. Douglas Strauser***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Andrew Lu
Brian F. Irving
Caleb Shane McKee
Daniel Z Herbst
Frederick Robinson
James Craig Buchan
James V. Garvey
Jeff H. Gibson
Jessica Lynn John Bowman
John C. Eason
Marianne Smith Hardcastle
Mary Quinn-Cooper
Matthew M. Curley
Megan Fanale Engel
Selina Coleman
Steven Ernest Holden
Timothy D. Eisel

/s/Jo Lynn Jeter
**Jo Lynn Jeter**