UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America, *ex rel.* J. Douglas Strauser, et al.,<br><br>                             Plaintiffs,<br>vs.<br><br>Stephen L. La France Holdings, Inc., et al.,<br><br>                             Defendants. | Case No.:   18-CV-673-GKF-SH<br><br>Proceeding: Motion Hearing<br>Date:   10/4/2021<br>Time:   1:35 – 3:37, 3:51 – 5:40 p.m.<br><br>**MINUTE SHEET** |

Gregory K. Frizzell, U.S. District Judge      K. Perkins, Deputy Clerk      Laura Griffin, Reporter

| | |
|---|---|
| Counsel for Plaintiffs: | Arun Subramanian, Cory Buland, Shelley Slade, Halley Josephs, Jo Lynn Jeter |
| Counsel for Defendant(s): | Selina Coleman, Frederick Robinson, Caleb McKee, Craig Buchan, Jeff Gibson, John Eason, Matthew Curley, Matthew Wells (in-house counsel) |

Minutes: Case called for dispositive motion hearing with counsel present. Argument was heard on Relator's Motion for Partial Summary Judgment on the Issues of Falsity and Materiality for all Claims Asserted [Doc. 337] and Defendants' Motion for and Memorandum in Support of Summary Judgment [Doc. 341]. Defense counsel's request to strike remaining scheduling order deadlines/hearings (Doc. 312 & 317) pending ruling on the motions for summary judgment was granted without objection from plaintiffs.