IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES *ex rel.* J. DOUGLAS STRAUSER, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 18-CV-673-GKF-SH<br>) |
| STEPHEN L. LAFRANCE HOLDINGS, INC., et al., | )<br>)<br>) |
| Defendants. | ) |

## ADMINISTRATIVE CLOSING ORDER

This case comes before the Court on the oral notice of settlement by counsel for Relator on behalf of all parties. Based upon representation and for good cause shown, the Court finds that this matter should be administratively closed.

**IT IS THEREFORE ORDERED** that, pursuant to LCvR 41.1, the Court Clerk is directed to **administratively close** this case pending either an order of the Court reopening the action, or until this case is dismissed with prejudice by stipulation of the parties.

**IT IS FURTHER ORDERED** that all remaining deadlines and scheduled hearings are hereby **stricken** and all pending motions are **moot**.

**IT IS FURTHER ORDERED** that the parties shall file a fully-executed joint stipulation of dismissal no later than June 2, 2023.

**DATED** this 3rd day of March, 2023.

*/s/ Gregory K. Frizzell*
GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE