**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* J. Douglas Strauser, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STEPHEN L. LAFRANCE HOLDINGS, INC. *et al.*,<br><br>Defendants. | Case No. 4:18-cv-00673-GKF-SH |

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a) and the False Claims Act, 31 U.S.C. § 3730(b)(1), the Oklahoma False Claims Act, Okla. Stat. tit. 63 § 5053.2(B)(1), and the Tennessee Medicaid False Claims Act, Tenn. Code § 71-5-183(b)(1), Relator J. Douglas Strauser ("Relator") and Defendants Walgreen Co., Stephen L. LaFrance Holdings, Inc., Stephen L. LaFrance Pharmacy, Inc., Arcadia Valley Drug Co., Daleco, Inc., Ellisville Drug Acquisition Co., Jarco Pharmacies, Inc., Stephen L. LaFrance, Jr., and Jason LaFrance ("Defendants," and together with Relator, the "Parties"), have entered into a settlement of the claims that Relator asserted against Defendants on behalf of the Government Plaintiffs, and Defendants have made the payments to the Government Plaintiffs and the Relator required by the settlement agreement.  The Parties have now filed a Stipulation of Dismissal (Dkt. 482) as to all claims filed against Defendants in this action.  Pursuant to 31 U.S.C. § 3730(b)(1),  Okla. Stat. tit. 63 § 5053.2(B)(1), and  Tenn. Code § 71-5-183(b)(1), the United States, the State of Oklahoma, and the State of Tennessee, each of which elected not to intervene in this action, filed applicable notices of consent to dismissal of this action with prejudice as to Relator and without prejudice as to the United States, the State of Oklahoma, and the State of

Tennessee. The Parties do not seek dismissal of the Relator's claims for a share of the proceeds of the settlement pursuant to 31 U.S.C. § 3730(d)(2), Okla. Stat. tit. 63 § 5053.4(B) and, Tenn. Code § 71-5-183(d)(2). Those claims are the subject of ongoing settlement discussions.

Upon due consideration of the Stipulation of Dismissal and the consents filed by the Government Plaintiffs, and good cause appearing therefore, IT IS HEREBY ORDERED that all claims against Defendants in this action shall be dismissed with prejudice as to Relator and without prejudice as to the United States, the State of Oklahoma, and the State of Tennessee. The Court retains jurisdiction over and does not dismiss the Relator's claims for a share of the proceeds of the settlement pursuant to 31 U.S.C. § 3730(d)(2), Okla. Stat. tit. 63 § 5053.4(B) and, Tenn. Code § 71-5-183(d)(2).

IT IS SO ORDERED this 21st day of August 2023.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE